UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No.3:02CR267(AWT) |
| | : | |
| v. | : | |
| | : | |
| MUHAMMED ISMAIL | : | APRIL 22, 2008 |

### MOTION TO PERMIT APPEARANCE OF LAW STUDENT INTERN

Pursuant to Local Civil Rule 83.9, the United States of America, by and through the undersigned Assistant United States Attorney, respectfully moves to permit the appearance of a law student intern, Richard E. Kielbania, for the purpose of assisting in the representation of the Government during the course of proceedings on March 28,2008, relating to sentencing. Mr. Kielbania is currently a law student at Quinnipiac University School of Law, an ABA-approved institution, and is part of the U.S. Attorney's law student internship program. Mr. Kielbania has completed the equivalent of at least two semesters of law school.

WHEREFORE, the Government moves to permit the appearance of a law student intern, Mr. Kielbania, to represent the Government as described above.

Respectfully submitted,

NORA DANNEHY
ACTING UNITED STATES ATTORNEY

*/s/ Deborah R. Slater*

DEBORAH R. SLATER
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. ct04786
450 Main Street, Room 328
Hartford, CT 06103
(860) 947-1101

Certificate of Service

This is to certify that a copy of the foregoing Motion was telefaxed this 22nd day of April, 2008, to the following:

Thomas G. Dennis, Esq. (facsimile 860-493-6269)
Chief Federal Public Defender
10 Columbus Boulevard, Floor 6
Hartford, CT 06106

*/s/ Deborah R. Slater*

DEBORAH R. SLATER
Assistant UNITED STATES ATTORNEY